JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JACK DINH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHECKERS DRIVE-IN RESTAURANTS, INC.<br><br>Defendants. | CASE NO.: 8:19-cv-01310-JVS-KES (KESx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**ORDER**

Having reviewed the Parties' Stipulation to Dismiss Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause being shown, IT IS HEREBY ORDERED THAT:

1. The action is dismissed in its entirety without prejudice; and,
2. The Parties shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: January 08, 2020

_____
Hon. James V. Selna
United States District Judge